THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SONIER, Appellant. [779 NYS2d 379]—Appeal from a judg-

ment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered July 12, 2002. The judgment convicted defendant, upon his plea of guilty, of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.